IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MICHAEL RUSS and on behalf
of those similarly situated,

    *Plaintiffs*,

v.

    Case No. 0:14-cv-62707-DPG

HOME DEPOT U.S.A., INC.    COLLECTIVE ACTION
                            REPRESENTATION
    *Defendant.*

___

**PLAINTIFF'S NOTICE OF FILING STATEMENT OF CLAIM**
___

    On January 9, 2015, the Court ordered Plaintiff to file a Statement of Claim. Pursuant to that Order, Plaintiff responds below. The statement is for Plaintiff, Michael Russ, only, and not of those similarly situated. However, it is Plaintiff's contention that those similarly situated would give similar statements adjusted for the amount of time they were employed by Defendant as department supervisors.

1. An initial estimate of the total amount of alleged unpaid wages:
    1. $4,828.50 plus an equal amount of liquidated damages, costs and attorneys fees.
2. A preliminary calculation of such wages:
    1. Plaintiff's regular rate of pay, $14.50, multiplied by 1.5 gives us Plaintiff's overtime rate of pay, $21.75.
    2. Plaintiff estimates that he worked 30 to 60 minutes off the clock per day or approximately 2.5-5 hours per week over his 5 day work week. For purposes of this statement, Plaintiff will use 3 hours per week.
    3. Plaintiff worked as a department supervisor from approximately June 2013 to October 2014, a period of approximately 74 weeks.

    4. $21.75 x 3 hours x 74 weeks = $4,828.50

3. The approximate period during which the alleged FLSA violations occurred:

    1. Approximately June 2013 through October 2014

4. The nature of the wages

    1. Overtime

Submitted this 29th day of January, 2015, by:

    *s/ R. Edward Rosenberg*
    R. Edward Rosenberg
    rer@morgado.us
    Morgado PA
    382 NE 191st St #84164
    Miami, Florida 33179
    Phone: 855-899-9121
    Fax: 855-499-9191

    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    *s/ R. Edward Rosenberg*
    R. Edward Rosenberg