IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| MICHAEL RUSS, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 0:14-cv-62707-DPG |
| v. | § § | |
| HOME DEPOT U.S.A., INC., | § § § | JURY |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ACTION

Plaintiff Michael Russ and opt-in plaintiffs Sean Barrett, Daniel Aldridge, and Kenneth Andrews ("plaintiffs") and defendant Home Depot U.S.A., Inc., through their undersigned counsel notify the Court that, on August 19, 2015, the parties reached an agreement in principle to settle plaintiffs' claims in this action.

The parties will prepare a comprehensive settlement agreement and will seek to file no later than September 17, 2015, a joint motion for approval of their settlement. Such approval is necessary because the parties are resolving claims under the Fair Labor Standards Act, which at least in the circuit, requires court approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (citing 29 U.S.C. § 216(b)).

Based on the foregoing, the parties request that the Court stay the litigation, including Plaintiffs' Motion for Conditional Class Certification (DE 35), Defendant's Motion to Strike Plaintiffs' Statements of Claim (DE 40), Defendant's Motion to Enforce the Order Imposing Sanctions (DE 57), and the Joint Motion to Modify the Scheduling Order (DE 56), pending

approval of the settlement.  The above four motions are pending before the Court and will be withdrawn once the settlement has been approved by the Court.

Dated:  August 19, 2015

Respectfully submitted,

/s/  Susan N. Eisenberg
Susan N. Eisenberg
Florida Bar No. 600393
AKERMAN LLP
1 S.E. 3rd Avenue, 28th Floor
Miami, FL  33131
Tel:  (305) 374-5600
Fax:  (305) 374-5095
E-mail: susan.eisenberg@akerman.com

and

Joel M. Cohn (*pro hac vice*)
Ashley J. Keapproth (*pro hac vice*)
AKIN GUMP STRAUSS
HAUER & FELD LLP
1333 New Hampshire Ave., NW
Washington , DC 20036
Tel:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:  jcohn@akingump.com
E-mail:  akeapproth@akingump.com

Counsel for defendant Home Depot U.S.A.

 /s/ R. Edward Rosenberg
R. Edward Rosenberg, Esq.
MORGADO, P.A.
382 NE 191st Street, Suite 84164
Miami, FL 33132
Tel:  (305) 222-7850
Fax:  (305) 384-4676
Email:  rer@morgado.us

Dale James Morgado, Esq.
MORGADO, P.A.
228 Park Avenue S., Suite 84164
New York, NY 10003

Tel:  (855) 899-9121
Fax:  (855) 499-9191
Email:  djm@morgado.us

Counsel for plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the parties' Joint Motion to Modify Scheduling Order was electronically filed with the Clerk of the Court using CM/ECF this 19th day of August 2015. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                       */s/ Susan N. Eisenberg*  
                                                      Susan N. Eisenberg, Esq.

## SERVICE LIST

R. Edward Rosenberg, Esq.
MORGADO, P.A.
382 NE 191st Street, Suite 84164
Miami, FL 33132
Tel:  (305) 222-7850
Fax:  (305) 384-4676
Email:  rer@morgado.us

Dale James Morgado, Esq.
MORGADO, P.A.
228 Park Avenue S., Suite 84164
New York, NY 10003
Tel:  (855) 899-9121
Fax:  (855) 499-9191
Email:  djm@morgado.us

*Attorneys for Plaintiff*