IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| MICHAEL RUSS, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 0:14-cv-62707-DPG |
| v. | § § | |
| HOME DEPOT U.S.A., INC., | § § § | JURY |
| Defendant. | § | |

DECLARATION OF R. EDWARD ROSENBERG

I, R. Edward Rosenberg, pursuant to 28 U.S.C. § 1746, declare:

1. I am an attorney licensed in the State of Florida and the managing partner of the Miami office of the law firm of Morgado, PA. I am counsel for plaintiffs in the above-captioned matter.

2. I have personal knowledge of the facts stated herein. This declaration is filed in support of the parties' Joint Motion to Approve the Settlement Agreement. In my capacity as plaintiffs' counsel, I have access to documents and information exchanged in this litigation.

3. Since this action was filed in December 2014, the parties have conducted substantial discovery, including the exchange of thousands of pages of documents and the depositions of plaintiff and two of the three opt-in plaintiffs.

4.	Based on this extensive discovery, plaintiffs had considerable information to permit a thorough analysis of their claims, their potential damages, and the likelihood that they could prevail on their class allegations.

5.	Plaintiffs have fully considered the value of their claims and the possibility that their claims would not be conditionally or finally certified for class treatment and that they would not prevail at trial. Based upon these considerations, the plaintiffs concluded that the settlement provided a fair and reasonable resolution of their claims.

6.	To date, the law firm of Morgado, PA has incurred more than $98,350 in fees and $11,610 in costs during the course of this litigation. Among other activities, these fees and costs include: preparation for, travel to, and attendance at four depositions; preparation and appearance at two discovery hearings; drafting of numerous briefs and oppositions; and review of thousands of pages of discovery. The settlement provides fees and expenses that are significantly less that the fees and expenses actually incurred in this action.

I declare under penalty of perjury under the laws of the State of Florida and of the United States that the foregoing is true and correct.

Executed this the 14th day of September, 2015, in Miami, Florida.

*/s/ R. Edward Rosenberg*

R. Edward Rosenberg

2