**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 14-62707-CIV-GAYLES/TURNOFF

**MICHAEL RUSS**, individually and
behalf of all others similarly situated,

   Plaintiff(s),

vs.

**HOME DEPOT U.S.A., INC.,**

   Defendant.

_____/

**ORDER APPROVING SETTLEMENT**
**AND DISMISSING CASE WITH PREJUDICE**

   **THIS CAUSE** came before the Court upon the parties' Joint Motion For Approval of Settlement Agreement and Dismissal with Prejudice [ECF No. 61].  Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive.  Accordingly, it is

   **ORDERED AND ADJUDGED** as follows:

   1.  The Motion **[ECF No. 61]** is **GRANTED**.

   2.  The Settlement Agreement is **APPROVED** in its entirety.

   3.  This case is **DISMISSED with prejudice**.

    4.     The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of September, 2015.

 

 

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
       All Counsel of Record